```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RICKEY LETT,                    )
                                )
     Plaintiff,                 )
                                )       CIVIL ACTION NO.
     v.                         )        2:21cv191-MHT
                                )            (WO)
DEPARTMENT OF TREASURY,         )
INTERNAL REVENUE SERVICES,      )
                                )
     Defendant.                 )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 30) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 29) is adopted.

(3) Defendant's motion to dismiss for lack of subject-matter jurisdiction (Doc. 17) is granted.

(4) Defendant's motion to dismiss for failure to state a claim (Doc. 17) is denied as moot.

(5) Plaintiff's motions for judgment on the merits

(Doc. 19, Doc. 22, & Doc. 23) are denied as moot.

    (6) This lawsuit is dismissed in its entirety without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of September, 2022.

                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE